FILED: October 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2085
(3:22-cv-00410-REP)

_____

JOSHUA CLAY MCCOY; TYLER DALTON MCGRATH; IAN FLETCHER SHACKLEY; JUSTIN TIMOTHY FRASER, on behalf of themselves and all others similarly situated as a Class

      Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; STEVEN MICHAEL DETTELBACH, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States

      Defendants - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
|---|---|
| Originating Case Number | 3:22-cv-00410-REP |
| Date notice of appeal filed in originating court: | 10/11/2023 |
| Appellants | Bureau of Alcohol, Tobacco, Firearms and Explosives; Steven Dettelbach; Merrick Garland |
| Appellate Case Number | 23-2085 |
| Case Manager | Emily Borneisen<br>804-916-2704 |