IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JOSHUA CLAY MCCOY, et al.,

        Plaintiffs-Appellees,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

        Defendants-Appellants.

No. 23-2085

# APPELLANTS' UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE

Pursuant to Local Rule 31(c), the government respectfully moves to modify the briefing schedule in the manner set forth below. This motion is unopposed.

1. This case involves a Second Amendment challenge to the federal statute prohibiting federal firearms licensees from selling handguns to 18-to-20-year-olds. After the district court held the statute unconstitutional, the government appealed. Under the current briefing schedule, the government's opening brief and the joint appendix are due on December 11, 2023.

2. The government respectfully requests that this deadline be extended by 11 days, such that the government's brief and the joint appendix are due on December 22, 2023. The government has not previously sought an extension of the deadline.

3. The requested extension is necessary in light of other deadlines faced by government counsel. Steven Hazel has principal responsibility for preparing the government's brief in this case. Mr. Hazel also has principal responsibility for preparing the government's briefs in *Johnson v. Becerra*, No. 23-5128 (D.C. Cir) (response brief due on November 22, 2023), *AHRI v. DOE*, No. 23-1793 (4th Cir.) (response brief due on December 20, 2023), and for presenting oral argument in *Reese v. ATF*, No. 23-30033 (5th Cir.) (argument set for November 6, 2023).

4. Mark Stern has supervisory responsibility for the government's brief in this case. Mr. Stern also has supervisory responsibility for the following matters with upcoming deadlines: *St. of Georgia v. DOJ*, No. 23-5083 (D.C. Cir.) (reply brief currently due on November 13, 2023, but the government intends to seek a seven-day extension); *United States v. King County*, No. 23-35362 (9th Cir.) (response brief due on November

29, 2023); *Walmsley v. FTC*, No. 23-2687 (8th Cir.) (response brief due on December 13, 2023).

    5.  Elliott Harding, counsel for plaintiffs, has informed the undersigned that plaintiffs do not oppose this proposed change to the briefing schedule.

                                  Respectfully submitted,

                                  MARK B. STERN

                                  s/ Steven H. Hazel
                                  STEVEN H. HAZEL
                                  (202) 514-2498
                                  Attorneys
                                  Civil Division, Appellate Staff
                                  U.S. Department of Justice
                                  950 Pennsylvania Ave., N.W.
                                  Room 7217
                                  Washington, D.C. 20530

November 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                              /s/ Steven H. Hazel  
                                                              Steven H. Hazel

## CERTIFICATE OF SERVICE

I certify that this motion to modify the briefing schedule, filed on November 2, 2023, complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d), because it contains 313 words according to the count of Microsoft Word and is printed in Century Schoolbook 14-point font.

 s/ Steven H. Hazel
STEVEN H. HAZEL
