FILED: November 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2085
(3:22-cv-00410-REP)

_____

JOSHUA CLAY MCCOY; TYLER DALTON MCGRATH; IAN FLETCHER SHACKLEY; JUSTIN TIMOTHY FRASER, on behalf of themselves and all others similarly situated as a Class

   Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; MERRICK GARLAND, in his official capacity as Attorney General of the United States

   Defendants - Appellants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 12/27/2023

Opening brief due: 12/27/2023

Response brief due: 01/26/2024

Any reply brief: 21 days from service of response brief.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk