No. 23-2085

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**JOSHUA CLAY MCCOY, et al.,**

*Plaintiffs-Appellees*

v.

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,**

*Defendants-Appellants*

**APPELLEES' PETITION FOR INITIAL HEARING EN BANC**

Respectfully submitted,

_____/s_____
Elliott M. Harding, Esq.
VSB# 90442
*Counsel for the Appellees*
Harding Counsel, PLLC
1260 Clifden Greene
Charlottesville, VA 22901
Tel: 434-962-8465
E: Elliott@HardingCounsel.com

**STATEMENT IN SUPPORT OF EN BANC DETERMINATION**

The Appellees respectfully petition this Court for an initial *en banc* consideration of this appeal. In support of this petition, the Appellees believe the proceeding involves a question of exceptional importance:

I. Whether the Second Amendment protects adult citizens who are younger than twenty-one years old and prohibits the federal Government from barring such persons from the commercial purchase of handguns.

In addition to this issue of first impression, the case presents a nationwide class action[1] and injunction effecting approximately ten million citizens of the United States. Specifically, the certified Class consists of:

Natural persons and citizens of the United States of America who have attained the age of eighteen but who are not yet twenty-one and who have not been convicted of a felony, who are not fugitives from justice, have not been discharged from the Armed Forces under dishonorable conditions, are not unlawful users of or addicted to any controlled substances, have not been adjudicated as mental defectives or committed to a mental institution, are not on parole or probation, are not under indictment or restraint and are not plaintiffs in the pending cases of *Brown v. Bureau of Alcohol, Tobacco, Firearms and Explosives*, No. 1:22-cv80 (N.D. W. Va. filed Aug. 30, 2022); *Reese v. ATF*, NO. 6:20-CV-01438, 2022 WL 17859138 (W.D. La. Dec. 21, 2022), appeal docketed, No. 23-30033 (5th Cir. Jan. 10, 2023).

The legal challenge in this case presents the exact same Second Amendment scrutiny to the same laws and regulations already held to be unconstitutional by this

---

[1] The second issue presented by the Appellants concerns whether the district court abused its discretion by certifying the class action after granting summary judgment in favor of the Appellees.

1

Court via split-panel decision in *Hirschfeld, et al. v. BATFE*, 5 F.4th 407 (4th Cir. 2021) (finding the laws at issue to be in violation of the Second Amendment) (vacated for mootness). Notably, the decision in *Hirschfeld* was decided prior to the Supreme Court's decision in *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022) and did not involve a class action.

An *en banc* consideration is appropriate because: (1) the case involves an issue of national importance with a nationwide class and injunction; (2) it presents a facial challenge to federal laws and a regulatory scheme impacting fundamental civil liberties; (3) it is a case of first impression and another case presenting the same issues is pending before this Court, *see Brown v. ATF*, Case No. 23-2275; (4) there was a previous split-panel decision of this Court on the merits in similar litigation in *Hirschfeld*; and (5) an *en banc* determination will serve judicial economy and follow the decision of a sister Circuit considering a similar Second Amendment challenge to an age-based prohibition on the commercial sale of firearms. *See, e.g.*, *NRA v. Bondi*, 2023 U.S. App. LEXIS 17960 (11th Cir., July 14, 2023) (granting petition for rehearing *en banc* from panel decision which held that Florida's prohibition on the sale of firearms to those under twenty-one does not violate the Second and Fourteenth Amendment).

2

## Conclusion

WHEREFORE, the Appellees respectfully request for this honorable Court to GRANT this Petition for an Initial Hearing En Banc.

                                                _____/s_____
                                        Elliott M. Harding, Esq. VSB# 90442
                                        *Counsel for the Appellees*
                                        Harding Counsel, PLLC
                                        1260 Clifden Greene,
                                        Charlottesville, VA 22901
                                        Tel: 434-962-8465
                                        E: Elliott@HardingCounsel.com

## CERTIFICATE OF SERVICE

On January 22, 2024, I electronically submitted the foregoing document with the clerk of court for the United States Circuit Court for the Fourth Circuit using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically via ECF notification.

_____/s_____
Elliott M. Harding, Esq. VSB# 90442
*Counsel for the Appellees*
Harding Counsel, PLLC
1260 Clifden Greene,
Charlottesville, VA 22901
Tel: 434-962-8465
E: Elliott@HardingCounsel.com