IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**JOSHUA MCCOY, ET AL.**

    **Plaintiffs-Appellees**

v.                                                                Case No. 23-2085

**BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, ET AL.**

    **Defendants-Appellants**

**APPELLEES' MOTION TO FILE CORRECTED RESPONSE BRIEF**

COME NOW, the Appellees, Mr. Joshua McCoy, Mr. Tyler McGrath, Mr. Ian Shackley, and Mr. Justin Fraser, by and through counsel, and on behalf of the Class certified and similarly situated, and respectfully submit this Motion to File a Corrected Response Brief. The Appellants do not object to this Motion. In support of this Motion, the Appellees state the following:

1. The Appellants filed their Opening Brief in this matter on December 22, 2023.

2. The Appellees' deadline for filing their Response Brief was January 22, 2024 and they filed it on such date.

3. The Appellees received notice from the Court that their Response Brief required a correction due to improper citation to the Joint

1

Appendix and they were ordered to file a correction by January 29, 2022.

4. On January 23, 2022, the Appellees filed their Corrected Brief, but in the signature blocks at the end of such brief, they erroneously listed the undersigned as counsel for the Appellants rather than as counsel for the Appellees. The cover page accurately reflected that counsel represents the Appellees.

5. The Appellees respectfully request for leave to file another corrected brief to address this error.

WHEREFORE, the Appellees respectfully request for this honorable Court to GRANT them leave to file a corrected brief so that the signature blocks can accurately reflect the party that is represented by the undersigned counsel.

                        Respectfully submitted,

                        _____/s Elliott Harding_____

                        Elliott Harding, Esq.
                        *Counsel for the Appellees*
                        Harding Counsel, PLLC
                        1260 Clifden Greene,
                        Charlottesville, VA 22901
                        P: 434-962-8465
                        E: Elliott@HardingCounsel.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

_____/s Elliott Harding_____

Elliott Harding, Esq.
*Counsel for the Appellees*
Harding Counsel, PLLC
1260 Clifden Greene,
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com

## CERTIFICATE OF COMPLIANCE

I certify that this motion for leave to file a corrected brief, filed on January 29, 2024, complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d), because it contains 252 words according to the count of Microsoft Word and is printed in Century Schoolbook 14-point font.

_____/s Elliott Harding_____

Elliott Harding, Esq.
*Counsel for the Appellees*
Harding Counsel, PLLC
1260 Clifden Greene,
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com