**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 5, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 23-2085,    Joshua McCoy v. ATF
　　　　　　　　3:22-cv-00410-REP

TO:    Brady Center to Prevent Gun Violence
　　　　Illinois
　　　　New York
　　　　Ian Fletcher Shackley
　　　　Merrick B. Garland
　　　　Vermont
　　　　Maryland
　　　　New Jersey
　　　　Michigan
　　　　Rhode Island
　　　　Delaware
　　　　Washington
　　　　District of Columbia
　　　　Pennsylvania
　　　　Justin Timothy Fraser
　　　　Arizona
　　　　Massachusetts
　　　　California
　　　　Steven Michael Dettelbach
　　　　Bureau of Alcohol, Tobacco, Firearms and Explosives
　　　　Tyler Dalton McGrath
　　　　Joshua Clay McCoy
　　　　Colorado
　　　　Nevada
　　　　Minnesota
　　　　Oregon
　　　　North Carolina

      Connecticut
      Giffords Law Center to Prevent Gun Violence
      Hawaii

RESPONSE DUE: 02/08/2024

Response is required to the notice requesting information regarding similar cases on or before 02/08/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Emily Borneisen, Deputy Clerk
804-916-2704