FILED: February 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2085
(3:22-cv-00410-REP)

_____

JOSHUA CLAY MCCOY; TYLER DALTON MCGRATH; IAN FLETCHER SHACKLEY; JUSTIN TIMOTHY FRASER, on behalf of themselves and all others similarly situated as a Class

      Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; MERRICK GARLAND, in his official capacity as Attorney General of the United States

      Defendants - Appellants

------------------------------------

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; ILLINOIS; ARIZONA; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; DISTRICT OF COLUMBIA; HAWAII; MARYLAND; MASSACHUSETTS; MICHIGAN; MINNESOTA; NEVADA; NEW JERSEY; NEW YORK; NORTH CAROLINA; OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT; WASHINGTON

      Amici Supporting Appellants

_____

O R D E R

_____

For reasons appearing to the court, this case is placed in abeyance pending decisions by this court in *Maryland Shall Issue, Inc. v. Wes Moore*, No. 21-2017, *United States v. Price*, No. 22-4609, and *Dominic Bianchi v. Anthony G. Brown*, No. 21-1255.

For the Court

/s/ Nwamaka Anowi, Clerk