October 18, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 23-2085,   <u>Joshua McCoy v. ATF</u>
               3:22-cv-00410-REP

TO:     Brady Center to Prevent Gun Violence
Illinois
New York
Ian Fletcher Shackley
Merrick B. Garland
Vermont
Maryland
New Jersey
Michigan
Rhode Island
Delaware
Washington
District of Columbia
Pennsylvania
Justin Timothy Fraser
Arizona
Massachusetts
California
Steven Michael Dettelbach
Bureau of Alcohol, Tobacco, Firearms and Explosives
Tyler Dalton McGrath
Joshua Clay McCoy
Colorado
Nevada
Minnesota
Oregon
North Carolina

Connecticut
Giffords Law Center to Prevent Gun Violence
Hawaii

RESPONSE DUE: 10/21/2024

Response is required to the notice requesting information regarding similar cases on or before 10/21/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Emily Borneisen, Deputy Clerk
804-916-2704