October 22, 2024

_____

## RESPONSE FOLLOW-UP NOTICE

_____

No. 23-2085,  Joshua McCoy v. ATF
3:22-cv-00410-REP

TO:
- Arizona
- Massachusetts
- California
- Illinois
- New York
- Vermont
- Colorado
- Maryland
- Nevada
- Minnesota
- New Jersey
- Oregon
- Michigan
- Rhode Island
- Delaware
- North Carolina
- Washington
- District of Columbia
- Pennsylvania
- Connecticut
- Hawaii

RESPONSE/ANSWER DUE: October 25, 2024

The court previously directed that you respond to the attached form indicating counsel's knowledge of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. We have not received your response.

You must remedy this default within 3 days. Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under **[Local Rule 46(g)](#)**. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Emily Borneisen, Deputy Clerk
804-916-2704