FILED: December 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2085 (L)
(3:22-cv-00410-REP)

_____

JOSHUA CLAY MCCOY; TYLER DALTON MCGRATH; IAN FLETCHER SHACKLEY; JUSTIN TIMOTHY FRASER, on behalf of themselves and all others similarly situated as a Class

  Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; MERRICK GARLAND, in his official capacity as Attorney General of the United States

  Defendants - Appellants

----------------------------------

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; ILLINOIS; ARIZONA; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; DISTRICT OF COLUMBIA; HAWAII; MARYLAND; MASSACHUSETTS; MICHIGAN; MINNESOTA; NEVADA; NEW JERSEY; NEW YORK; NORTH CAROLINA; OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT; WASHINGTON

  Amici Supporting Appellants

_____

No. 23-2275
(1:22-cv-00080-TSK)

_____

STEVEN ROBERT BROWN; BENJAMIN WEEKLEY; WEST VIRGINIA CITIZENS DEFENSE LEAGUE, INC.

   Plaintiffs - Appellees

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; MERRICK B. GARLAND, U.S. Attorney General, in official capacity; STEVEN MICHAEL DETTELBACH, Director of the ATF, in official capacity

   Defendants - Appellants

-------------------------------

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; EVERYTOWN FOR GUN SAFETY

   Amici Supporting Appellants

NATIONAL SHOOTING SPORTS FOUNDATION, INC.

   Amicus Supporting Appellees

_____

O R D E R

_____

Upon consideration of the submissions relative to appellant's motion to

consolidate *McCoy v. ATF*, No. 23-2085, with *Brown v. ATF*, No. 23-2275, for purposes of oral argument, the court grants the motion.

                                        For the Court

                                        /s/ Nwamaka Anowi, Clerk