**No. 23-2085**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

JOSHUA CLAY MCCOY, et al.,

*Plaintiffs-Appellees*,

vs.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND
EXPLOSIVES, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court for the
Eastern District of Virginia

## MOTION TO WITHDRAW AS COUNSEL

In accordance with Local Rule 46(c), I hereby respectfully move to withdraw my appearance as counsel of record for Amici Curiae Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence in support of Defendants-Appellants, who have received notice of the same. I am leaving Sullivan & Cromwell LLP this month and thus will no longer be able to serve as counsel. My colleague Madeline B. Jenks will serve as substitute counsel of record.

Respectfully submitted,

/s/ *Beatriz L. Albornoz*
Beatriz L. Albornoz
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
(202) 956-6913
albornozb@sullcrom.com

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence*

January 2, 2025

# CERTIFICATE OF SERVICE

I, Beatriz L. Albornoz, counsel for *amici curiae* Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence, and a member of the Bar of this Court, certify that I filed the foregoing motion through the Court's CM/ECF system on January 2, 2025, and that it was served on all parties or their counsel of record through the CM/ECF system.

/s/ *Beatriz L. Albornoz*
Beatriz L. Albornoz

*Counsel for* Amici Curiae
*Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence*

January 2, 2025