**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

January 2, 2025

No.  23-2085 (L), Joshua McCoy v. ATF
3:22-cv-00410-REP

TO: Amicus Counsel for Brady Center to Prevent Gun Violence and Giffords Law Center to Prevent Gun Violence

We are in receipt of the motion to withdraw Beatriz Albornoz as counsel of record and substitute Madeline Jenks for the aforementioned amici. As soon as possible, but no later than tomorrow, January 3, 2025, please file an appearance of counsel form for Madeline Jenks.

Sincerely,

/s/ Anisha Walker
Deputy Clerk