# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 13, 2025

_____

N O T I C E

_____

No. 23-2085 (L), Joshua McCoy v. ATF
              3:22-cv-00410-REP

TO: Counsel and Parties

The parties are advised that the motion to withdraw is considered moot and that the court does not intend to take action on the motion.

Abby Wright has not made an appearance in the above case. She is listed on the docket in an "on filing" capacity and will be administratively terminated.

Emily Borneisen, Deputy Clerk
804-916-2704