# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 8, 2025

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Joshua Clay McCoy, Individually and on Behalf of All Others Similarly Situated as a Class, et al.
           v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al.
           No. 25-24
           (Your No. 23-2085)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 3, 2025 and placed on the docket July 8, 2025 as No. 25-24.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Angela Jimenez
           Case Analyst